**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-01328-REB-CBS

TERESA JOHNSON, on behalf of herself and other persons similarly situated,

    Plaintiff,

v.

ACADEMY MORTGAGE CORPORATION, a Colorado corporation,

    Defendant.

**MINUTE ORDER**[1]

The matter is before the court on the **Motion To Reconsider Order Striking Defendant's Reply Memorandum in Support of Motion To Dismiss or Transfer Venue** [#13] filed July 26, 2011. The motion is **GRANTED** and the **Reply Memorandum in Support of Motion To Dismiss or Transfer Venue** [#14-1] is accepted for filing.

    Dated: July 27, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.